No. 80–1434. MISSOURI-KANSAS-TEXAS RAILROAD CO. *v.* UNITED STATES ET AL.;

No: 80–1439. RAILWAY LABOR EXECUTIVES' ASSN. *v.* UNITED STATES ET AL.; and

No. 80–1632. ILLINOIS ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 632 F. 2d 392.

No. 80–1536. MARYLAND ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 80–1599. HOME MUTUAL INSURANCE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. 

No. 80–1607. ALCON LABORATORIES (PUERTO RICO), INC., ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 80–1613. STARR ET UX. *v.* PRING. C. A. 9th Cir. Certiorari denied. 

No. 80–1633. DAVIS *v.* FLORIDA EAST COAST RAILWAY CO. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 80–1648. NIERRAS *v.* OHIO. Ct. App. Ohio, Richland County. Certiorari denied.

No. 80–1652. INTERNATIONAL PRODUCE, INC. *v.* A/S ROSSHAVET. C. A. 2d Cir. Certiorari denied. 

No. 80–1653. SMITH *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied. 

No. 80–1673. FREDERIKSEN ET AL. *v.* POLOWAY. C. A. 7th Cir. Certiorari denied.